# IN THE NINTH COURT OF APPEALS

09-17-00106-CR

Jason Duncan
v.
The State of Texas

On Appeal from the
75th District Court of Liberty County, Texas
Trial Cause No. CR26267

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the judgment of the trial court is affirmed.

Opinion of the Court delivered by Chief Justice Steve McKeithen

December 13, 2017

**AFFIRMED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court